HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
MEGAN T. HOPKINS, CA SBN 294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROBERT A. VILHAUER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. VILHAUER,<br><br>Defendant. | Case No. 1:15-mj-00127-SAB<br><br>STIPULATION TO AMEND JUDGMENT; ORDER |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Bayleigh Pettigrew, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Robert A. Vilhauer, that Mr. Vilhauer's judgment be amended to delete the weekend custody order so that Mr. Vilhauer can serve his sentence on twenty-eight (28) consecutive days.

Defense initially requested the weekend commitment order to accommodate Mr. Vilhauer's employment schedule.  His employment schedule has since changed so that it is more beneficial for his employer if Mr. Vilhauer would turn himself in on the scheduled surrender date, January 22, 2016, and serve the balance of his custody time all at once, without the weekend order.  His employer, Blattner Energy, is aware of the custody order in this case and has indicated that they will hold his position for him for the 30 day custodial period.  ///

The government has no objection to this requested modification.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: January 4, 2016     */s/ Bayleigh Pettigrew*
                          BAYLEIGH PETTIGREW
                          Special Assistant United States Attorney
                          Counsel for the Plaintiff


                          HEATHER E. WILLIAMS
                          Federal Defender


Date: January 4, 2016     */s/ Megan T. Hopkins*
                          MEGAN T. HOPKINS
                          Assistant Federal Defender
                          Attorney for Defendant
                          ROBERT A. VILHAUER


# O R D E R

**IT IS SO ORDERED.** Mr. Vilhauer's judgment is modified with the weekend custody order deleted so Mr. Vilhauer can serve his time all at once. Mr. Vilhauer shall surrender to the U.S. Marshal's Office on January 22, 2016 by 2:00 p.m.


IT IS SO ORDERED.

Dated:  **January 5, 2016**                              _____
                                                         UNITED STATES MAGISTRATE JUDGE