# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:15-mj-00127-SAB |
| Plaintiff, | ) **DEFENDANT'S STATUS REPORT ON** |
| v. | ) **UNSUPERVISED PROBATION** |
| ROBERT A. VILHAUER, | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**         Operating Under the Influence, in violation of 36 CFR 4.23(a)(2)

**Sentence Date:**        November 19, 2015

**Review Hearing Date:**  September 1, 2016

**Probation Expires On:** November 18, 2017

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10.00 SA (fine waived)

☒ Other Conditions: Complete First-time DUI Program by March 31, 2016

☒ Other Conditions: 30 days custody with credit for 2 days time-served

☒ Other Conditions: Attend AA or other alcohol counselling twice weekly for 9 months

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

### GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

                                                           */s/ Michael Tirney*
                                                         MICHAEL TIRNEY

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/1/2016 at 10:00 a.m.

    ☒ be vacated.

DATED:  8/31/2016                                       */s/ Megan Hopkins*
                                                                  DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **August 31, 2016**

UNITED STATES MAGISTRATE JUDGE